United States District Court
District of Connecticut
FILED AT NEW HAVEN

_____4/1_____ ,20_26_

By_____N. Langello_____
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:26-mj-00230 (RMS) |
| | : | |
| v. | : | |
| | : | |
| JOHN O'ROURKE, | : | |
| a.k.a. John O'Rouke, | : | |
| John Casey, Michael Casey, | : | |
| John Joyce, Robert Davanzo, | : | |
| David Collins, and James McCormack | : | April 1, 2026 |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Neeraj N. Patel, Assistant United States Attorney, and respectfully informs this Honorable Court:

1.   On April 8, 2026, at 1:30 p.m., there will come before the Honorable Robert M. Spector, United States Magistrate Judge, at the United States District Court, 141 Church Street, New Haven, Connecticut, the criminal matter of United States v. John O'Rourke, Case No. 3:26-mj-00230 (RMS), for an initial appearance.

2.   That the above named JOHN O'ROURKE, a.k.a John Casey (CT Inmate # 456455), is charged in a criminal complaint with a violation of 8 U.S.C. § 1326(a) (illegal reentry of a removed alien).

3.   That the said JOHN O'ROURKE is now confined at the Cheshire Correctional Institution in Cheshire, Connecticut, where he is in in custody awaiting trial on pending state charges.

4. That the said JOHN O'ROURKE be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offenses, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Connecticut Department of Correction, Warden, Cheshire Correctional Institution, Cheshire, Connecticut, and the United States Marshal for the District of Connecticut, any of his proper deputies or Federal Law Enforcement Officers, ordering them to produce the said JOHN O'ROURKE, a.k.a John Casey (CT Inmate # 456455), on April 8, 2026, at 1:30 p.m, at the United States District Court, 141 Church Street, New Haven, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

NEERAJ PATEL

Digitally signed by NEERAJ PATEL
Date: 2026.04.01 10:24:43 -04'00'

NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, Connecticut 06510
Tel: (203) 821-3700
Fax: (203) 773-5376
Email: neeraj.patel@usdoj.gov